JACOB KAPOSSKY, Respondent, v. WILLIAM T. BERRY and Others, Individually and as Copartners, etc., Appellants.— Judgment and order unanimously affirmed as to all defendants except J. Paul McHugh, with costs, and, the judgment having been modified as to him upon a separate appeal [*post,* p. 833], his appeal is dismissed, without costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

JACOB KAPOSSKY, Respondent, v. WILLIAM T. BERRY and Others, Individually and as Copartners, etc., Defendants, Impleaded with J. PAUL McHUGH, Appellant.— Order denying motion to amend and correct judgment reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. An order having been entered precluding plaintiff from offering evidence against the defendant J. P. McHugh, and the court having announced when this order was called to his attention that no judgment could be granted against McHugh, and plaintiff having taken no exception thereto, the action was in the same situation as if McHugh had originally been omitted as a party, or the complaint, with plaintiff's consent, had been dismissed as to him. The defendants being liable as joint tort feasors, the plaintiff had the right to sue any or all of them as he saw fit. (*Matter of Peck,* 206 N. Y. 55; *Roberts v. Johnson,* 58 id. 613.) Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

CATHERINE LAZERKO, an Infant, by JOHN LAZERKO, Her Guardian ad Litem, Respondent, v. JENETTA MALBURM and Another, Appellants.— Judgment and order reversed upon the law and the facts, and a new trial granted, costs to abide the event, upon the ground that the finding of defendants' negligence was contrary to the evidence. Rich, Jaycox, Manning and Kapper, JJ., concur; Kelly, P. J., dissents.

DAVID W. LEVY, Respondent, v. THE WOLF COMPANY and Others, Defendants, Impleaded with ALFRED M. WOLF, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

JAMES MACDONALD, Respondent, v. MORRIS ALKOFF, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

VINCENTI MALINOWSKI, Respondent, v. BOOTH & COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No evidence is found in the record that would sustain a finding of contributory negligence on the part of the plaintiff and it follows that the error of the learned trial court in charging the comparative negligence rule was harmless. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

EDWARD L. MANN and Others, Copartners, etc., Respondents, v. OSTEND DEVELOPMENT CORPORATION, Appellant.— Judgment reversed upon the law, and new trial granted, with costs to abide the event. The trial court erred in charging the jury as to the effect of defendant's failure to call the witness Heller. (*Longacre v. Yonkers Railroad Co.,* 236 N. Y. 119; *Hayden v. New York Railways Co.,* 233 id. 34.) Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.